AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Jamarcus Murray <br> *Plaintiff* <br> v. <br> South Carolina Department of Corrections, Warden Leroy Cartledge, Warden Michael Stephan, <br> *Defendant* | Civil Action No.   6:19-cv-00100-RMG-MGB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Plaintiff, Jamarcus Murray, shall take nothing of Defendants, South Carolina Department of Corrections, Warden Leroy Cartledge, Warden Michael Stephan, as to the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M Gergel, United States District Judge, presiding.  The Court having adopted the Report and Recommendation set forth by the Honorable Mary Gordon Baker, United States Magistrate Judge.

Date:   July 7, 2020                                                                  *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                                    s/H.Cornwell

                                                                                                    *Signature of Clerk or Deputy Clerk*